IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 DEC 14 PM 4: 21

THOMAS H. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>  Plaintiff,<br><br>VS.<br><br>WILLIAM NEVILLES,<br>  Defendant. | )<br>)<br>)<br>)<br>) CR. NO. 2:04-20070-B<br>)<br>)<br>)<br>) |

## ORDER ON CHANGE OF PLEA
## AND SETTING

This cause came on to be heard on December 14, 2005, the United States Attorney for this district, Jennifer Webber, appearing for the Government and the defendant, William Nevilles, appearing in person and with counsel, Eric Scott Hall, who represented the defendant.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **WEDNESDAY, MARCH 22, 2006, at 9:00 a.m., before Judge J. Daniel Breen.**

Defendant is remanded to the custody of the U. S. Marshal.

**ENTERED** this the 14th day of December, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT COURT

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-15-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 92 in case 2:04-CR-20070 was distributed by fax, mail, or direct printing on December 15, 2005 to the parties listed.

---

Eric Scott Hall
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

Jennifer Lawrence Webber
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT